# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **vs** | **CRIMINAL ACTION NO. 3:16CR-145-CRS** |
| **JAMES ANDERSON BOSE** | **DEFENDANT** |

## REPORT AND RECOMMENDATION

This case was called in open court on November 29, 2016, to conduct an initial appearance, arraignment, and plea.  David R. Weiser, Assistant United States Attorney, was present, on behalf of the United States of America.  The defendant, James Anderson Bose was present with Brian Butler, retained counsel. The proceedings were recorded by Dena Legg, Official Court Reporter.

The defendant acknowledged  his identity, was advised of the nature of the charges against him and of his right to be prosecuted by Indictment.  A Waiver of Indictment was executed by the defendant and formality of arraignment was waived.

The defendant, by counsel, advised the Court that he desired to enter a plea of guilty to Counts 1-2 of the Information pursuant to a Rule 11(c)(1)(B) plea agreement.  After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1-2 of the Information, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1-2 in the Information and have sentence imposed accordingly

**The defendant shall have fourteen  (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that this matter is scheduled, for sentencing on **March 16, 2017, at 1:30 p.m.** before the Honorable Charles R. Simpson III, Senior United States District Judge.

Upon recommendation of the United States Probation Office, with agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant is released on his recognizance pending  further Order of the Court.

cc: Counsel, USP

0|40