UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CRIMINAL ACTION NO. 3:16CR-145-CRS** |
| **JAMES ANDERSON BOSE** | **DEFENDANT** |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Colin H. Lindsay (DN 11), the plea of guilty by the Defendant as to Counts 1 and 2 in the Information is hereby accepted, and the Defendant is adjudged guilty of such offense.

As previously ordered, the **sentencing remains scheduled for March 16, 2017, at 1:30 p.m.**, in Louisville, Kentucky, before Charles R. Simpson, III, Senior Judge, United States District Court.

Dated: January 9, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
United States Probation